UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| W.E. HALL COMPANY, INC., a California corporation, dba PACIFIC CORRUGATED PIPE CO., <br><br> Plaintiff, <br><br> vs. <br><br> CONTECH CONSTRUCTION PRODUCTS, INC., an Ohio corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. <br> _____/ <br> AND RELATED COUNTER-CLAIMS. <br> _____/ | CASE NO. 2:07-CV-00744-FCD-GGH <br><br> STIPULATION FOR DISMISSAL AND ORDER THEREON |

Plaintiff, W.E. HALL COMPANY, INC., a California corporation, dba PACIFIC CORRUGATED PIPE CO., and Defendant CONTECH CONSTRUCTION PRODUCTS, INC., hereby stipulate that Plaintiff's Cross-Complaint filed on May 23, 2007 may be dismissed without prejudice and Defendant's Motion to Strike scheduled for August 24, 2007 be dropped from the Court's calendar.

///

///

| | |
|---|---|
| Dated: August 14, 2007 | FENNELL & OLSEN |
| | By:___/s/_____<br>JEFFREY G. OLSEN<br>Attorneys for Plaintiff |
| Dated August 15, 2007 | STOEL RIVES LLP |
| | By:__/s/_____<br>STACY E. GILLESPIE<br>Attorneys for Defendant CONTECH |

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Cross-Complaint filed May 23, 2007 is dismissed without prejudice and Defendant's Motion to Strike scheduled for August 24, 2007 is VACATED from the Court's calendar and considered MOOT.

DATED: August 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE